authorizing a new trial was rendered by the United States District Court for the Eastern District of Louisiana. Since that judgment became final, it is no longer subject to reexamination. No plea of double jeopardy was filed in the prosecution, but in any event, it is without merit.

263 So.2d 724

**STATE of Louisiana Through the DEPARTMENT OF HIGHWAYS**

v.

**Mrs. Lane Cannada OTT.**

No. 52583.

June 29, 1972.

McCALEB, C. J., SANDERS and BARHAM, JJ., are of the opinion that a writ should be granted.